# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

142048

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JANET DUFFINEY, Personal Representative
of the Estate of THEODORE R. DUFFINEY,
      Plaintiff-Appellee,

v

SC: 142048
COA: 292583
St. Clair CC: 08-001835-NZ

HOME OWNERS INSURANCE COMPANY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 28, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

p0228